[No. 7934–1–III. Division Three. April 12, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
MICHAEL WEEKES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 86–1–00005–7, Clinton J. Merritt, J., entered
June 20, 1986. *Affirmed* by unpublished opinion per McIn-
turff, C.J., concurred in by Green and Thompson, JJ.

[No. 8177–0–III. Division Three. April 12, 1988.]

*In the Matter of J.L.*

ORLETHA SURAK, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 86–7–00109–6, William G. Luscher, J.,
entered September 22, 1986. *Remanded* by unpublished
opinion per McInturff, C.J., concurred in by Munson and
Thompson, JJ.

[No. 17673–1–I. Division One. April 13, 1988.]

BARBARA SEARS, ET AL, *Respondents*, v. GRANGE INSURANCE
ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85–2–06358–9, David C. Hunter, J., entered
December 4, 1985. *Reversed* by unpublished per curiam
opinion.